UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 2:15-CV-14403-ROSENBERG

ST. LUCIE PROPERTIES
GROUP, LLC,

    Plaintiff,

v.

TAVARES NEWSON & DANYELLE
NEWSON,

    Defendants.

_____/

**ORDER REMANDING CASE TO STATE COURT**

**THIS CAUSE** is before the Court on Defendants' Motion for Leave to Proceed *in Forma Pauperis* [DE 3]. The Court has reviewed the motion and the record, and is otherwise fully advised in the premises. For the reasons set forth below, the motion is **DENIED**.

A district court may authorize the commencement of a civil action without prepayment of fees or the giving of security therefor, if the party initiating the action files an affidavit indicating that he or she is unable to pay such fees or give such security. *See* 28 U.S.C. § 1915(a)(1). However, "If the court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action." Fed. R. Civ. P. 12(h)(3); *see also Beavers v. A.O. Smith Elec. Prods. Co.*, 265 F. App'x 772, 779 (11th Cir. 2008) ("Federal courts are courts of limited jurisdiction and have the duty to inquire into whether they have subject-matter jurisdiction.").

The instant federal action was initiated by Defendants pursuant to a notice of removal. *See* DE 1. In their notice of removal, Defendants concede that Plaintiff's state court action was for eviction but contends that this Court has jurisdiction because they may have a defense to the eviction under the federal Civil Rights Act of 1968. *See* DE 1. This is not an adequate basis for this Court's jurisdiction. *See Magnolia Place Apartments, LLC v. Richman*, No. 1:14-cv-24-

MW/GRJ, 2014 WL 2117176, at *1-2 (N.D. Fla. May 21, 2014) (dismissing notice of removal because eviction is governed by state law and defendant's proposed defense to eviction under Civil Rights Act of 1968 was insufficient to establish federal jurisdiction); *Waterfall Victoria Mortg. Trust v. Walker*, No. 1:10-CV-2776-TWT-CCH, 2011 WL 4975439, at *4 (N.D. Ga. Aug. 24, 2011) ("An eviction is a process governed by state law that does not implicate any of the federal laws identified in the Notice of Removal. . . . To the extent that Defendant is attempting to remove this action by stating defenses or counterclaims which invoke federal statutes, that basis of removal is also improper.").

Accordingly, because the record does not reveal a basis for this Court to exercise subject matter jurisdiction, it is hereby **ORDERED AND ADJUDGED** that this case is **REMANDED** to the Nineteenth Judicial Circuit, in and for St. Lucie County, Florida. Defendants' Motion for Leave to Proceed *in Forma Pauperis* [DE 3] is **DENIED** as moot, and the Clerk of Court is instructed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers, Fort Pierce, Florida, this 17th day of November, 2015.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of record